DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

CHRIS v. EPSTEIN

No. 168P94

Case below: 113 N.C.App. 751

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

CLARK v. RED BIRD CAB CO.

No. 247P94

Case below: 114 N.C.App. 400

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

COHN v. WILKES REGIONAL MEDICAL CENTER

No. 107P94

Case below: 113 N.C.App. 275

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

COLLINS v. CSX TRANSPORTATION

No. 180P94

Case below: 114 N.C.App. 14

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

DELLINGER v. CITY OF CHARLOTTE

No. 187PA94

Case below: 114 N.C.App. 146

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 16 June 1994.